1

2

3

4

5

6

7

8                           **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ROBERT CLARK,                                No. 2:15-CV-0613-JAM-CMK-P

12             Plaintiff,

13        vs.                                       ORDER

14    BENNETT FEINBERG, et al.,

15             Defendants.

16    _____/

17            Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to

18    42 U.S.C. § 1983.  Final judgment was entered on August 11, 2016, and this case is closed.

19    Pending before the court is plaintiff's motion (Doc. 13) for appointment of counsel, filed on

20    August 26, 2016.  Because this case is now closed, plaintiff's motion is denied.

21            IT IS SO ORDERED.

22

23     DATED: October 11, 2016

24                                                 _____
                                                    **CRAIG M. KELLISON**
25                                                  UNITED STATES MAGISTRATE JUDGE

26

                                                1