IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLARK, | No. 2:15-CV-0613-JAM-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| BENNETT FEINBERG, et al., | |
|     Defendants. | |
|                    / | |

      Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on August 11, 2016, and this case is closed. The Ninth Circuit Court of Appeals has dismissed plaintiff's appeal for failure to file the opening brief. Pending before this court are plaintiff's motions (Docs. 21 and 22) for injunctive relief. Because this case is now closed, plaintiff's motions will be disregarded. The Clerk of the Court is directed to terminate these matters as pending motions. Any further filings in this closed case will be disregarded without additional order.

/ / /

/ / /

/ / /

1

1  IT IS SO ORDERED.

2

3  DATED: March 2, 2017

4

5  _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

2