# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CLARK, | No. 2:15-CV-0613-JAM-CMK-P |
| Plaintiff, | |
| v. | ORDER |
| BENNETT FEINBERG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's final judgment entered on August 11, 2016. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is not frivolous or taken in bad faith.

Accordingly, IT IS HEREBY ORDERED that:

1. This appeal is not frivolous or taken in bad faith; and
2. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: March 22, 2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE